**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

RE: Shannel Mckenzie Peoples-Hilliard XXX-XX-6078      Case No. 15-35840

**DIRECTIVE FOR TERMINATION OF WAGE DEDUCTION**

**C&F Finance Company**
**Attn.: Bankruptcy**
**P.O. Box 2129**
**Richmond, VA  23218**

The above case having been completed, dismissed, or converted to a Chapter 7, or the debtor no longer being an employee of your company and no further payments being required in this matter;

IT IS DIRECTED:

That the above Employer be, and is hereby directed to discontinue withholding any additional funds from the wages of the debtor, **Shannel Mckenzie Peoples-Hilliard**, and to remit directly to the debtor any funds held or to be held as of the date of this Directive under the previous Directive for Deduction.

THIS DIRECTIVE IS ENTERED PURSUANT TO A STANDING ORDER OF THE UNITED STATES BANKRUPTCY COURT.

Dated: **November 12, 2019**

**/S/Suzanne E. Wade**
Suzanne E. Wade, Trustee
Eastern District of Virginia, Richmond Division

IF ANY INFORMATION IS DESIRED REGARDING THIS DIRECTIVE, CALL THE TRUSTEE'S OFFICE AT 804.775.0979 OR FAX TO 804.775.0986

The Trustee does hereby certify that a copy of this Directive was mailed to the debtor, debtor's counsel and the employer on the date above written.

**/S/Suzanne E. Wade**
Suzanne E. Wade, Trustee